IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA               *

     vs.                               *   Case No. DKC 06-279

ROBERT FRANCIS WEILER, JR.             *

***** 

## ORDER AMENDING CONDITIONS OF SUPERVISED RELEASE

The defendant was before the Court on November 5, 2010 for a hearing regarding the terms of supervised release. The special conditions of supervised release as set forth in the Judgment (ECF No. 18) entered on December 19, 2006 are hereby **AMENDED**, by the United States District Court for the District of Maryland on this 5th day of November, 2010, as follows:

1. The defendant shall stay at least 1,000 feet away from any facility that is known by the Defendant to provide reproductive health care that includes pregnancy termination/abortion services. The Defendant shall have no direct or indirect contact with Dr. Abolghassem Gohari and his staff;

2. The defendant shall refrain from communicating or associating with any person known by the Defendant to advocate violence against pregnancy termination/abortion service providers while under supervised release;

3. The Defendant shall be subject to the Global Positioning Monitoring Systems (GPS) including exclusion zones as determined by his probation officer;

4. That all other conditions of release remain in full force and effect.

                                         /s/
                             DEBORAH K. CHASANOW
                          UNITED STATES DISTRICT JUDGE